UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 JAN -4 PM 12:15

Muhammad Milhouse
_Write the full name of each plaintiff or petitioner._

Case No. 22 CV 02934

-against-

The City of New York
Et Al.
_Write the full name of each defendant or respondent._

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that **Plaintiff** **Muhammad Milhouse**
                       plaintiff ~~or defendant~~      name of party who is making the motion

requests that the Court:

Vacate the orders of the Magistraites Judge.

_Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know._

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

1-3-2023
Dated

M. M. Milhouse
Signature

Muhammad Milhouse
Name

_____
Prison Identification # (if incarcerated)

81-30 Baxter Ave.    Queens    NY    11373
Address              City      State Zip Code

929-312-8619          Humbug17@aoxa.com
Telephone Number       E-mail Address

SDNY Rev: 5/24/2016

Defendants shall respond to the arguments in Plaintiff's Declaration, Dkt. 26, by January 12, 2023.

SO ORDERED.

January 5, 2023
New York, New York

                                        JOHN P. CRONAN
                                        United States District Judge