UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
MUHAMMAD E. MILHOUSE,                                     :
                                                          :
                        Plaintiff,                        :
                                                          :                    22 Civ. 2934 (JPC)
            -v-                                           :
                                                          :                    ORDER
CITY OF NEW YORK, *et al.*,                               :
                                                          :
                        Defendants.                       :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In light of the reasons expressed in the December 12, 2022 letter from counsel for

Defendant City of New York, *see* Dkt. 18, and the fact that the City of New York apparently only

recently accepted service of process for this action, *see* Dkt. 32, the Court adjourns *sua sponte* the

deadline for any response to the arguments in Plaintiff's Declaration that was filed on January 10,

2023, Dkt. 26, until January 31, 2023.

        SO ORDERED.

Dated: January 17, 2023
        New York, New York                     _____
                                                        JOHN P. CRONAN
                                                United States District Judge