UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUHAMMAD E. MILHOUSE,

                Plaintiff,                22 **CIVIL** 2934 (JPC)(BCM)

    -against-                **<u>JUDGMENT</u>**

CITY OF NEW YORK et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 24, 2023, the Court has adopted the Report and Recommendation in its entirety and this case is dismissed without prejudice for failure to prosecute. Judgment is entered in this case and in Plaintiff's related case, Milhouse v. New York City (DHS) Homeless Program Project et al., No. 22 Civ. 2940 (JPC) (BCM) (S.D.N.Y.). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the cases 22 Civ. 2934 and 22 Civ. 2940 are closed.

**Dated:** New York, New York
       August 24, 2023

                                      **RUBY J. KRAJICK**

                                      _____
                                      **Clerk of Court**

                   **BY:**      *K. Mango*

                                      _____
                                      **Deputy Clerk**